1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

ROBERT A. GIBBS,                                     No.  2:18-cv-2261 JAM AC P

12

           Plaintiff,

13

    v.                                                   FINDINGS AND RECOMMENDATIONS

14

SHASTA COUNTY, et al.,

15

           Defendants.

16

17

       Plaintiff Robert Gibbs proceeds pro se with a civil rights complaint challenging conditions

18

of his prior incarceration in the Shasta County Jail.  On June 11, 2020, following his release from

19

confinement, plaintiff submitted a non-prisoner application to proceed in forma pauperis.  ECF

20

No. 9.  By order filed July 14, 2020, this court directed plaintiff to submit, within 21 days after

21

service of the court's order, a supplemental affidavit clarifying the value of his "land in Shasta

22

County."  ECF No. 10.  Plaintiff was informed that "[f]ailure . . . to timely submit this

23

supplemental affidavit will result in a recommendation that this action be dismissed without

24

prejudice."  Id. at 3.

25

       The deadline has expired without plaintiff responding to the court's order or otherwise

26

communicating with the court.

27

////

28

1

1    Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without

2  prejudice for lack of prosecution.  See Local Rule 110; Fed. R. Civ. P. 41(b).

3    These findings and recommendations are submitted to the United States District Judge

4  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen (14)

5  days after service of these findings and recommendations, petitioner may file written objections

6  with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings

7  and Recommendations."  Failure to file objections within the specified time may waive the right

8  to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

9  DATED: August 12, 2020

10
_____
ALLISON CLAIRE
11
UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28